| | | | |
|---|---|---|---|
| Hammad v. Bureau of Professional and Occupational Affairs ............. | 05/03/2016 33 EAL (2016) | Denied | No. 120 CD 2015 |
| Kretchmar v. Pennsylvania Dept. of Corrections ...... | 05/10/2016 83 MAL (2016) | Denied | Pa.Cmwlth., 125 A.3d 881 |
| Lewis v. Pennsylvania Bd. of Probation and Parole ... | 05/09/2016 48 MAL (2016) | Denied | |
| Moon v. Dauphin County ........... | 05/03/2016 23 MAL (2016) | Denied | Pa.Cmwlth., 129 A.3d 16 |
| Nauta v. W.C.A.B. (Marshall - Industrial) ............. | 04/20/2016 952 MAL (2015) | Denied | No. 1499 CD 2015 |
| Patterson v. Shelton | 04/27/2016 018 EAL (2016) | Denied | Pa.Cmwlth., 127 A.3d 894 |
| Pfeifer v. Westmoreland County Tax Claim Bureau .... | 04/26/2016 403 WAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |
| State Farm Mut. Auto. Ins. Co. v. Com., Ins. Dept.; Dougherty, In re .. | 05/10/2016 15 MAL (2016) | Denied | Pa.Cmwlth., 124 A.3d 775 |
| Suber v. Unemployment Compensation Bd. of Review | 05/03/2016 660 EAL (2015) | Denied | Pa.Cmwlth., 126 A.3d 410 |
| Walters v. Zoning Hearing Bd of City of Easton; Pegasus Tower Co., In re .. | 04/26/2016 835 MAL (2015) | Denied | Pa.Cmwlth., 125 A.3d 479 |